AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 10 AM 10: 41

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

RAVEENDRAN NARAYANAN

Plaintiff(s)

v.

DAVID BERMAN

Defendant(s)

Civil Action No. 22CV-00855

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID H. BERMAN
RETINA SEPCIALIST
185-MONTAGUE STREET, SUIT PH
BROOKLYN, NY-11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RAVEENDRAN NARAYANAN,
147-36-94th AVE, APT#8A,
JAMAICA, QUEENS, NY-11435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/01/2022

K Hernandez

*Signature of Clerk or Deputy Clerk*

RAVEENDRAN NARAYANAN

– against –

MERRICK B. GARLAND

LETITIA JAMES

KILOLO KIJAKAZI

RUDOLPH GIULIANI

GEORGIA M. PESTANA

FJC SECURITY INC.

DAVID BERMAN

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____________
was received by me on *(date)* 2/5/22 .

☐ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* 2/9/22 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 2/7/22

Kulwant Kaur
*Server's signature*

KULWANT KAUR
*Printed name and title*

115-09, 95th Ave, Second Floor
*Server's address*
NY-11419

Additional information regarding attempted service, etc:

02/05/2022 Signature Verified for Kulwant Kaur NYS # 299

KAUSHAL YOGESHWAR
Notary Public, State of New York
Reg. No. 01KA6365611
Qualified in Queens County
Commission Expires 10/10/2025

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID H. BERMAN
185-MONTAGUE STREET
SUIT—PH
BROOKLYN, NY-11201

9590 9402 5977 0062 3260 21

2. Article Number (Transfer from service label)

7021 0350 0002 1354 9406

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RETURNED CARD
FEB-12, 2022

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Brooklyn, NY 11201 OFFICIAL USE

7021 0350 0002 1354 9406

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0235 |
| | $3.05 | 12 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.58 | |
| Total Postage and Fees | $ $7.38 | 02/07/2022 |

Sent To: DAVID H. BERMAN
Street and Apt. No., or PO Box No.: 185—MONTAGUE STREET, SUIT PH
City, State, ZIP+4®: BROOKLYN, NY—11201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #

9590 9402 5977 0062 3260 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

RAVEENDRAN NARAYANAN
147-36-94th AVE, APT# 8A
JAMAICA,
QUEENS
NY-11435-4539