UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVEENDRAN NARAYANAN,

                Plaintiff,

- against -

MERRICK B. GARLAND ET AL.,

                Defendants.

22-cv-855 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants' answers were due on March 2, 2022. The time for the defendants to answer is extended to _3/31_, 2022.

The Clerk of Court is directed to mail a copy of this Order to the plaintiff and note service on the docket.

SO ORDERED.

Dated:    New York, New York
          March 14, 2022

                                             John G. Koeltl
                                         United States District Judge