UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAREENDRAN NARAYANAN,

                Plaintiff,

    -against-                    22-cv-0855 (JGK)

MERRICK B. GARLAND, ATTORNEY      ORDER
GENERAL OF THE UNITED STATES, et
al.,

                Defendants.

---

**JOHN G. KOELTL, United States District Judge:**

    The plaintiff, who is proceeding pro se, paid the filing fees to commence this action. Accordingly, he is not entitled to rely on the U.S. Marshals Service to effect service on the defendants under Federal Rule of Civil Procedure 4(c)(3).

    In his letter dated April 4, 2022, the plaintiff indicates that he brought this action against the "first three defendants" — that is, Merrick B. Garland, Letitia James, Kilolo Kijakazi — and the New York City Corporation Counsel in their official capacities. See ECF No. 18.

    The plaintiff is advised that Merrick B. Garland and Kilolo Kijakazi, to the extent they are being sued in their official capacities, must be served in accordance with Federal Rule of Civil Procedure 4(i)(2). That Rule provides that, "[t]o serve a . . . United States officer or employee sued only in an official capacity, a party must serve the United States and also send a

copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Letitia James may be served at the Office of the Attorney General in either Albany or New York City. The New York City Corporation Counsel may be served at the Corporation Counsel's office.

The plaintiff is also advised that he must serve each of the defendants with a copy of the summons and the complaint. The plaintiff is also advised that he may seek legal advice and assistance, including advice and assistance relating to service of process, from the New York Legal Assistance Group (NYLAG). An informational flyer regarding NYLAG is attached to this Order. The plaintiff may also contact the Pro Se Intake Unit at (212) 805-0175 should he have questions about service of process.

The Clerk of Court is directed to mail a copy of this Order to the plaintiff, together with an information package.

**SO ORDERED.**

**Dated: April 8, 2022**
       **New York, New York**

_____
JOHN G. KOELTL
United States District Judge

2

# NYLAG
NEW YORK LEGAL ASSISTANCE GROUP

Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

---

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12 p.m. - 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.


a beneficiary of
UJA Federation
of New York

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





NYLAG
New York Legal Assistance Group