UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVEENDRAN NARAYANAN,

                Plaintiffs,

- against -

MERRICK B. GARLAND,

                Defendants.

22-cv-855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for all defendants to move or answer is extended to June 13, 2022. The plaintiff may respond by July 8, 2022. The defendants may reply by July 22, 2022.

    The reference of this case to Magistrate Judge Gorenstein is withdrawn.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
             May 23, 2022

                                                  John G. Koeltl
                                        United States District Judge