**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**RAVEENDRAN NARAYANAN,**

                    **Plaintiff,**

        **- against –**

**MERRICK B. GARLAND, et al.**

                    **Defendant.**
_____

                                  **22-cv-855 (JGK)**

                                  <u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The defendants should provide the court with courtesy copies of all fully briefed motions.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **September 1, 2022**

                            _____/s/ John G. Koeltl
                                **John G. Koeltl**
                   **United States District Judge**